AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Defendant 1: OCHOA-Suescun, Iran Yosbeiker<br>Defendant 2: RODRIGUEZ-Vilera, Frayner Jose<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.<br><br>EP:24-M-02980-MAT |

**FILED**
July 15, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Fidel Morales__
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __07/11/2024__ in the county of __Hudspeth__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States by means of transportation and otherwise, in furtherance of said violation of law. |

This criminal complaint is based on these facts:
See attachment.

☑ Continued on the attached sheet.

Complaint sworn to telephonically on __July 15, 2024__ at __02:00 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_Complainant's signature_
Daniel Pineda, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/15/2024__

City and state: __El Paso, Texas__

_Judge's signature_
Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Defendant 1: OCHOA-Suescun, Iran Yosbeiker
Defendant 2: RODRIGUEZ-Vilera, Frayner Jose

PEPT# PEPT2407432

07/15/2024

FACTS    (CONTINUED)
On July 11, 2024, at approximately 7:50 P.M., Fort Hancock Station (FHT) Border Patrol agents (BPAs) responded to multiple sensor activations near FM-2217 and FM-192 south of Interstate-10 in Fort Hancock, TX.  Agents were alerted to a dark-colored Honda Civic driving in the area.  The area is located approximately 0.9 miles north of the Rio Grande River, which in this area serves as the international boundary between the United States and Mexico. FHT has seen a recent increase in alien smuggling activity in this area.

An Agent responded to the area and observed the Honda Civic traveling west on FM-192 from Bird Farm Rd. The Agent observed multiple occupants in the vehicle and noticed the vehicle was heavily laden in the rear. The Agent suspected this was a developing alien smuggling scheme and turned around to catch-up to the Honda Civic.

As the Agent turned around, he observed the Honda Civic accelerate at a high rate of speed. The vehicle then traveled off-road in a southwest direction through a privately owned agricultural field. The vehicle drove through a barbed wire fence and crashed into a dirt brim. The location where the Civic crashed was approximately 0.4 miles west of Esperanza Cut Off, just south of FM-192 in Fort Hancock, Texas in The Western District of Texas.

The six occupants in the Civic exited the vehicle and ran southwest into desert terrain. Additional Agents responded to the area and followed foot-sign leading away from the Civic. After a search of the area, Agents located the six individuals. An Agent identified himself as a Border Patrol Agent and individually questioned all six individuals as to their citizenship. Four of the individuals admitted to being citizens of Mexico. The four Mexican Nationals all stated they were not in possession of immigration documents to be in the United States legally. The remaining two individuals admitted to being Venezuelan Nationals.  The individuals, later identified as Iran Ochoa-Suescun, Defendant 1, and Frayner Jose Rodriguez-Viler, Defendant 2, claimed to have immigration documentation to be in the United States legally. All subjects were placed under arrest and transported to the Fort Hancock Border Patrol Station (FHT) for further processing.

At FHT, Defendant 1 was willing to provide a post-Miranda statement without having an attorney present. Defendant 1 stated he and Defendant 2 came to the area pick up four illegal aliens, and stated he knew they were illegal aliens prior to picking them up.  Defendant 1 stated he knew it was against the law to pick up illegal aliens and stated he picked up the illegal aliens out of financial necessity. Defendant 1 admitted to driving the Honda Civic during this failed alien smuggling scheme. Defendant 1 stated he was going to be paid $700 USD per illegal alien from a smuggler and he was going to give Defendant 2 some of the proceeds for coming with him to pick up the illegal aliens.

At FHT, Defendant 2 was willing to provide a post-Miranda statement without the presence of an attorney. Defendant 2 admitted he and Defendant 1 came to the area pick up illegal aliens because they needed money. Defendant 2 stated they were going to be paid for picking up the illegal aliens. Defendant 2 stated he was the passenger in the vehicle. Defendant 2 admitted he knew the individuals they picked up were illegal aliens

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Defendant 1: OCHOA-Suescun, Iran Yosbeiker
Defendant 2: RODRIGUEZ-Vilera, Frayner Jose

PEPT# PEPT2407432

07/15/2024

FACTS    (CONTINUED)
before they picked them up, and stated he knew it was against the law to pick up illegal aliens.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
DEFENDANT 1: Notice to Appear
DEFENDANT 2: Notice to Appear

Criminal History:
DEFENDANT 1: NONE

DEFENDANT 2: NONE